Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Laurel J. Holland
Assistant United States Attorney
825 Jadwin Ave., Suite G-60
Richland, WA 99352
Telephone: (509) 713-8450

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No.: 2:25-CR-00020-TOR |
|---|---|
| Plaintiff, | |
| v. | Motion for Detention |
| RAYMOND S. SULAK, | |
| Defendant. | |

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

A.  <u>18 U.S.C. § 3142(e) and (f)</u>

   1.   <u>Eligibility of Case</u>

This case is eligible for a detention order because the case involves (check one or more):

☒   Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which includes any felony under Chapter 77, 109A, 110 and 117);

☐   A violation of 18 U.S.C. § 1591;

Motion for Detention - 1

☐ An offense listed in 18 U.S.C. § 2332b(g)(5)(B) with maximum penalty of 10 years or more;

☐ Maximum penalty of life imprisonment or death;

☐ Drug offense with maximum penalty of 10 years or more;

☐ Felony, with two prior convictions in above categories;

☒ Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device as those terms are defined in 18 U.S.C. § 921, or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

☒ Minor Victim      ☐ Firearm      ☐ Destructive Device

☐ Dangerous Weapon      ☐ Failure to Register

☒ Serious risk Defendant will flee (as specified below); or

☒ Serious risk obstruction of justice (as specified below).

2. <u>Reason for Detention</u>

The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure (check one or both):

☒ Defendant's appearance as required; or

☒ Safety of any other person and the community.

3. <u>Rebuttable Presumption</u>.

The United States

Motion for Detention - 2

1    ☒    will

2    ☐    will not

3 invoke the rebuttable presumption against Defendant under 18 U.S.C. § 3142(e).

4    If the United States is invoking the presumption, it applies because there is

5 probable cause to believe Defendant committed:

6    ☐    Drug offense with maximum penalty of 10 years or more;

7    ☐    An offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

8    ☐    An offense under 18 U.S.C. § 2332b(g)(5)(B) for which a maximum

9 term of imprisonment of 10 years or more is prescribed;

10    ☐    An offense under chapter 77 of Title 18, United States Code, for

11 which a maximum term of imprisonment of 20 years or more is prescribed;

12    ☒    An offense involving a minor victim under 18 U.S.C. §§ 1201, 1591,

13 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3),

14 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or

15 2425;

16    ☐    Other circumstances as defined in 18 U.S.C. § 3142(e)(2).

17    4.   <u>Time for Detention Hearing</u>

18    The United States requests that the Court conduct the detention hearing:

19    ☒    At the first appearance, or

20    ☐    After a continuance of three days.

21    ///

Motion for Detention - 3

B.  <u>No Contact Order</u>

The United States further requests, in addition to pretrial confinement, that Defendant be subject to the following condition:

Defendant shall have no contact whatsoever, direct or indirect, with any persons Defendant knows or reasonably should know are or may become a victim or potential witness in the subject investigation or prosecution. Prohibited forms of contact include, but are not limited to, telephone, mail, email, text, video, social media, and/or any contact through any third person or parties.

Dated: March 13, 2025.

    Richard R. Barker
    Acting United States Attorney

    <u>*s/ Laurel J. Holland*</u>
    Laurel J. Holland
    Assistant United States Attorney

Motion for Detention - 4

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

<u>s/ Laurel J. Holland</u>
Laurel J. Holland
Assistant United States Attorney

Motion for Detention - 5