1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

9

10  UNITED STATES OF AMERICA,

11                            Plaintiff,

12            v.

13  RAYMOND S. SULAK,

14

15                            Defendants.

16

Case No. 2:25-CR-0020-TOR

STIPULATED PROTECTIVE
ORDER REGARDING COMPUTER
FORENSIC REVIEW PROCEDURES
FOR CHILD PORNOGRAPHY
CONTRABAND

17
18      The Court has received and reviewed the Stipulation Regarding Computer
19  Forensic Review Procedures For Child Pornography Contraband filed by the parties in
20  the above-captioned matter, and is fully advised.
21      GOOD CAUSE HAVING BEEN SHOWN, the Court hereby ORDERS that the
22  Stipulation Regarding Computer Forensic Review Procedures For Child Pornography
23  Contraband filed by the parties is GRANTED.
24      1.    IT IS FURTHER ORDERED that 18 U.S.C. § 3509(m) applies to this case,
25  and the Court is required to deny defense requests to copy, photograph, duplicate, or
26  otherwise reproduce material constituting child pornography if the government makes
27  the material reasonably available to Defendant and provides an ample opportunity for
28  the defense to examine it at a government facility.  *See* 18 U.S.C. § 3509(m).

ORDER REGARDING CHILD PORNOGRAPHY FORENSIC REVIEW - 1

2.      IT IS FURTHER ORDERED that, in order to comply with 18 U.S.C. § 3509(m), and to allow Defendant the greatest opportunity to prepare an effective defense in preparation for trial in this matter, the government will make a forensic copy or "image" of devices and media containing alleged child pornography contraband at issue in the above-referenced case.  The government will make any forensic images reasonably available to Defendant and provide ample opportunity for the defense team to examine them at a government facility in Spokane, Washington.  The parties may readdress the Court if there is a need for additional or after-hours access during the course of litigation in the event trial or motion hearings require additional forensic review.

3.      IT IS FURTHER ORDERED that each defense forensic examination may be conducted in an interview room monitored by closed-circuit television ("CC-TV"), without audio feed.  If so, the TV with non-audio feed will ensure the integrity of government agency space and security of its occupants, and will not be of sufficient detail or at an angle that would reveal defense strategy.  The government and its agents will make no attempt to record any audio from the workstation and no attempt to observe either defense team's work product or computer monitor screen at any time. The defense expert may review the feed to ensure that defense strategy is not being compromised at any time while conducting the forensic review.

4.      IT IS FURTHER ORDERED that the defense team[1] shall neither make, nor permit to be made, any copies of the alleged child pornography contraband pursuant to this Protective Order, nor will they remove any contraband images from the government facility.  The defense expert will be allowed to copy any file that is not contraband and compile a report (without contraband images/videos) documenting the examination on removable media at the discretion of the defense expert.

_____

[1] For purposes of this Protective Order, the term "defense team" refers solely to Defendant's counsel of record ("defense counsel"), Defendant's designated expert ("defense expert"), and a defense investigator.

ORDER REGARDING CHILD PORNOGRAPHY FORENSIC REVIEW - 2

5.      IT IS FURTHER ORDERED that any defense counsel and/or designated defense expert will leave at the government facility any equipment, including hard drives, which contain child pornography contraband that is identified during forensic evaluation.

6.      IT IS FURTHER ORDERED that for the purpose of trial, the government will make available a digital copy of any government trial exhibit that contains contraband, which will be kept in the custody and control of the case agent.  Upon reasonable notice by the defense, the case agent will also maintain for trial digital copies of any proposed defense exhibit that contains contraband.  If the defense team intends to offer, publish, or otherwise utilize any government or defense exhibit contained on the digital copy maintained by the case agent during trial, the case agent shall assist the defense team in publishing or utilizing the exhibit that contains contraband upon reasonable notification by the defense team.

IT IS SO ORDERED.  The Clerk shall enter this Order and furnish copies to counsel.

Dated April 10, 2025.



_____
THOMAS O. RICE
UNITED STATES DISTRICT JUDGE

ORDER REGARDING CHILD PORNOGRAPHY FORENSIC REVIEW - 3