FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 04, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:25-CR-0020-TOR |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| RAYMOND S. SULAK, | |
| Defendant. | |

Having reviewed the record in this matter, the Court finds good cause to enter the Preliminary Order of Forfeiture as proposed.

Accordingly, **IT IS HEREBY ORDERED THAT**:

As the result of the Defendant's guilty plea to Count 1 of the Indictment, filed February 19, 2025, which charges Defendant with Attempted Online Enticement of a Minor, in violation of 18 U.S.C. § 2422(b), for which the United States sought forfeiture of assets pursuant to 18 U.S.C. § 2428, the Defendant shall forfeit to the United States any property constituting or traceable to proceeds obtained from the offense and any property used or intended to be used to facilitate the offense.

PRELIMINARY ORDER OF FORFEITURE 1

The Court has determined, based upon the Defendant's guilty plea and facts included in his plea agreement, that the following assets are subject to forfeiture pursuant to 18 U.S.C. § 2253, and that the United States has established the requisite nexus between the assets described as follows, and the offense to which Defendant pled guilty:

- iPhone (IMEI 351698471310413, SN G77WJP74G6)
- iPad (IMEI 35 955254 925854 6, SN HFG464TG69)

Pursuant to 21 U.S.C. § 853(n)(1) the United States will post notice of the order on the official government internet site (www.forfeiture.gov) for at least 30 consecutive days.

The United States will also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Preliminary Order of Forfeiture, as a substitute for posted internet notice as to those persons so notified.

Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture is final as to the Defendant at the time of sentencing and is made part of the sentence and included in the judgment.

The United States shall have clear title to the above-listed property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in Fed. R. Crim. P. 32.2(c)(2), and 21 U.S.C. § 853(n), for the filing of third party petitions.

PRELIMINARY ORDER OF FORFEITURE 2

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** May 4, 2026.



_____
THOMAS O. RICE
United States District Judge

PRELIMINARY ORDER OF FORFEITURE 3